# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00758-CV

### In re Commitment of Seth Arthur

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-MH-23-001208, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 15, 2023. On December 20, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that failure to file a satisfactory response by January 2, 2024 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed: March 19, 2024